IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MOWLED AHMED ADAN,

Petitioner,

vs.

WARDEN, McCook Detention Center, et al.,

Respondents.

8:26-CV-374

ORDER

IT IS ORDERED:

1. The federal respondents may respond to the petitioner's motion to reopen (filing 12) on or before September 15, 2026.

2. The petitioner may reply in support of his motion on or before September 22, 2026.

Dated this 1st day of September, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge