IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MOWLED AHMED ADAN,

Petitioner,

vs.

WARDEN, McCook Detention Center, et al.,

Respondents..

8:26-CV-374

ORDER

IT IS ORDERED that for the reasons stated in the Court's Memorandum and Order of August 14, 2026 (filing 9), the petitioner's "motion to reopen and reconsider" (filing 12) is denied.

Dated this 23rd day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge